IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
FILED
IN OPEN COURT

FEB 2 1 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:19-cr-57 |
| | ) | |
| v. | ) | Conspiracy to Distribute |
| | ) | Cocaine and Marijuana |
| PETER LE | ) | 21 U.S.C. § 846 |
| | ) | |
| DANE NICHOLAS HUGHES | ) | |
| | ) | Forfeiture |
| ANTHONY NGUYEN THANH LE | ) | |
| | ) | |
| Defendants. | ) | |

**February 2019 Term - At Alexandria**

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**Conspiracy to Distribute Cocaine and Marijuana**

Beginning in or about early 2017, and continuing thereafter up to and
including February 21, 2019, the exact dates being unknown to the grand jury, in
the Eastern District of Virginia and elsewhere, the defendants, PETER LE (a/k/a
Savage, Loki, and Lorton King), DANE NICHOLAS HUGHES (a/k/a Dream),
and ANTHONY NGUYEN THANH LE (a/k/a Ant), did unlawfully, knowingly,
and intentionally combine, conspire, confederate, and agree with other persons,
both known and unknown to the grand jury, to commit the following offenses:

(1) to unlawfully, knowingly, and intentionally distribute a mixture and
substance containing of a detectable amount of cocaine, a Schedule II controlled
substance, in violation of Title 21, United States Code, Section 841(a)(1), and (2);
and

(2) to unlawfully, knowingly, and intentionally distribute one hundred kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (2).

All in violation of Title 21, United States Code, Section 846.

**Forfeiture**

THE GRAND JURY FURTHER CHARGES THAT:

The defendants, PETER LE (a/k/a Savage, Loki, and Lorton King), DANE

NICHOLAS HUGHES (a/k/a Dream), and ANTHONY NGUYEN THANH LE

(a/k/a Ant) , if convicted of the offense charged in this indictment, shall forfeit to

the United States any property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as the result of such violation and any

of the defendant's property used, or intended to be used, in any manner or part, to

commit or to facilitate the commission of such violation.

(Pursuant to Title 21, United States Code, Section 853(a))

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office
FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: James L. Trump
Assistant United States Attorney