# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT **

Case No.   1:19CR57                                                             Date: 03/01/2019
Court Time:  2:31 p.m. – 2:37 p.m.

DOCKET ENTRY:   **Arraignment**

U.S.A. vs. Peter Le
　　　　　Dane Nicholas Hughes

PRESENT:   Honorable Liam O'Grady, U. S. District Judge
　　　　　　A. Wachtendonck, Deputy Clerk
　　　　　　A. Thomson, Court Reporter
　　　　　　Jim Trump, Daniel Swanwick, Asst. U. S. Attorney
　　　　　　Mary Nerino, Ryan Campbell, Attorneys for Defendant
　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, Interpreter

**PROCEEDINGS:**

☒  Defendant is arraigned and specifically advised of rights.

☒  Defendant waives reading of indictment - WFA

☐  Indictment/Information read.

**PLEA:**　　**NOT GUILTY ON ALL COUNTS**

☐  Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS ARGUMENT ON 04/10/2019 at **9:00 a.m.**

CASE CONTINUED TO 04/29/2019 at **10:00 a.m.** FOR JURY TRIAL

☐  **Discovery Order entered in open Court**

**Deft**　☒ Detention continued for Le　☒ Continued on Bond for Hughes　☐ Released on Bond – see Order Setting Conditions of Release